No. 01–6703.   MAY v. PIKE LAKE STATE PARK ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 01–6705.   MOORE v. MARR, WARDEN, ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 01–6707.   BROWN v. CONNECTICUT.   Sup. Ct. Conn.   Certiorari denied.

No. 01–6708.   TEJADA v. UNITED STATES.   C. A. 1st Cir.   Certiorari denied.

No. 01–6711.   LEDESMA ZEPEDA v. CALIFORNIA.   Ct. App. Cal., 6th App. Dist.   Certiorari denied.

No. 01–6720.   SNIDER v. ROWLEY, SUPERINTENDENT, NORTHEAST CORRECTIONAL CENTER, ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 01–6721.   FRASER v. DENNIS ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 01–6723.   FORD v. BOWERSOX, SUPERINTENDENT, SOUTH CENTRAL CORRECTIONAL CENTER.   C. A. 8th Cir.   Certiorari denied.

No. 01–6726.   OWENS v. ALABAMA.   Ct. Crim. App. Ala.   Certiorari denied.

No. 01–6732.   WITTROCK v. SNYDER, WARDEN, ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 01–6733.   TOURVILLE v. MAINE DEPARTMENT OF HUMAN SERVICES.   Sup. Jud. Ct. Me.   Certiorari denied.

No. 01–6736.   THOMAS v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.   C. A. 11th Cir.   Certiorari denied.

No. 01–6737.   THOMAS v. MCGINNIS, WARDEN.   C. A. 6th Cir.   Certiorari denied.

No. 01–6740.   DENTON v. ARIZONA ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 01–6741.   MCKAY v. PURKETT, SUPERINTENDENT, FARMINGTON CORRECTIONAL CENTER.   C. A. 8th Cir.   Certiorari denied.